IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JENNIFER KLISE,<br><br>　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　Defendant. | Case No. _____<br><br>Polk Law No. LACL153856<br><br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION AND RULE 81 STATEMENT** |

**COMES NOW** the Defendant, Target Corporation, by and through its attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby gives notice of the removal of this cause of action from the Iowa District Court for Polk County, to the United States District Court for the Southern District of Iowa, and in support thereof states the following:

　　　1.　　Plaintiff filed her Petition at Law and Jury Demand and Original Notice in the Iowa District Court for Polk County on or about September 8, 2022.  An Affidavit of Return of Service was filed on or about September 28, 2022 evidencing service of the Defendant on September 26, 2022.  Defendant filed its Answer, Affirmative Defenses and Jury Demand on October 13, 2022.  Pursuant to 28 U.S.C. § 1446(a), copies of these documents are attached as Exhibits A, B and C, respectively.

　　　2.　　This cause of action may be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, pursuant to 28 U.S.C. §§ 1332 and 1441 as a matter in controversy is pled so as to exceed the jurisdictional amount, the parties are citizens of different states and the Defendant is neither a citizen of the State of Iowa nor does it maintain its principal place of business in Iowa.

3. Pursuant to Local Rule 81(a.)(4.), Defendant states that the Petition filed in state court does not on its face indicate the required amount in controversy. However, Plaintiff seeks unspecified compensatory damages for past medical expenses, future medical expenses, past pain and suffering, future pain and suffering, past loss of function and full use of her body, future loss of function and full use of her body, past loss of income, future loss of income and any other element of damages allowable under Iowa law not specifically set forth herein. *See* Plaintiff's Petition at Law. Based on pre-trial communications between the parties, the injury claims involve the Plaintiff's left hamstring, right hip, low back, neck and right shoulder. Treatment has apparently included corticosteroid injections, epidural steroid injections, sacroiliac injections, trochanteric bursa injections, psoas bursa injections and intra articular injections. Doctor's visits and chiropractic care have also been documented. Plaintiff's counsel was approached about an agreement to stipulate that the amount in controversy as being $75,000 or less in order to remain in State District Court. No such agreement has been reached as of the date of this pleading.

4. Plaintiff herein pleads as her state and county of domicile, Polk County, Iowa. *See* Plaintiff's Petition at Law paragraph 1.

5. Defendant Target Corporation is a foreign corporation with its principal place in Minneapolis, Minnesota. *See* Plaintiff's Petition at Law paragraph 2 and Defendant's Answer.

6. Pursuant to Local Rule 81(a)(2), Defendant states that the only matter currently pending is the state court matter removed by this Notice.

7. Pursuant to Local Rule 81(a)(2), Defendant states that the attorneys appearing on behalf of the Plaintiff in the state court matter are Nicholas K. Cooling and Hannah Moreland of Mueller, Schmidt, Mulholland & Cooling, PLLC, 2711 Grand Avenue, Des Moines, Iowa 50312, telephone (515) 444-4000, and facsimile (515) 635-0082.

**WHEREFORE**, for the reasons stated herein, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and removal is proper pursuant to 28 U.S.C. § 1441; therefore, Defendant requests this Court accept jurisdiction of this matter.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:   /s/ Scott Wormsley
Scott Wormsley  AT0008755
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Phone:  (515) 246-5819
Fax:  (515) 246-5808
E-Mail:  wormsley.scott@bradshawlaw.com

ATTORNEYS FOR DEFENDANT

Copy to:

Nicholas K. Cooling
Hannah Moreland
Mueller, Schmidt, Mulholland & Cooling, PLLC
2711 Grand Avenue
Des Moines, IA  50312
E-Mail: nick.cooling@Iowalawyers.com
E-Mail: hannah.moreland@Iowalawyers.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on October 17, 2022 by:

☐ U.S. Mail ☐ E-Mail
☐ Hand Delivered ☐ Efile
☐ Federal Express ☒ CM/ECF

  /s/ Donna Henkels