## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| JENNIFER KLISE,<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. _____<br><br><br>**PETITION AT LAW AND JURY DEMAND** |

**COMES NOW**, the Plaintiff, by and through the undersigned, and for her Petition at Law hereby states the following:

### JURISDICTION AND VENUE

1.     At all times material hereto, Plaintiff Jennifer Klise, (hereinafter "Plaintiff"), was an individual and resident of Polk County, Iowa.

2.     At all times material hereto, Defendant Target Corporation, (hereinafter "Defendant"), was a Minnesota corporation registered to do business in the State of Iowa.

3.     The allegations which gave rise to this lawsuit occurred in Polk County, Iowa.

4.     The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Polk County.

### FACTUAL BACKGROUND

5.     Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

6.     At all times Defendant Target owned, operated, controlled, and maintained the property located at 5901 Douglas Ave., Des Moines, Iowa.

**EXHIBIT A**

7. On September 11, 2020, at approximately 1:49 PM the Plaintiff went shopping at Defendant's Target store located at 5901 Douglas Ave., Des Moines, Iowa.

8. While shopping aisle B4 for tissues and toilet paper, she slipped on a slick substance present on the floor, causing her leg to come out from under her.

9. As a result of Defendant Target's failure to maintain clean and safe floors in their location, Plaintiff slipped, catching herself in an awkward and painful position.

10. Plaintiff suffered significant injuries as a result of this incident, the full and complete extent of which is yet unknown.

## COUNT I – NEGLIGENCE/PREMISES LIABILITY

11. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

12. Plaintiff was a lawful visitor of the Target location owned and operated by Defendant Target.

13. Defendant, as the owner of the subject property, had a duty to use reasonable care to keep the publicly accessible areas safe and free of potential hazards.

14. Defendant Target failed to reasonably inspect and maintain the premises.

15. Defendant knew, or in the exercise of reasonable care, should have known of the dangerous condition on the subject property, which created an unreasonable risk of injury to a person in Plaintiff's position.

16. On or about September 11, 2020, Defendant was negligent and violated the standard of reasonable care owed to customers as contemplated in the following particulars:

    a. Defendant's employees knew, or in the exercise of reasonable care should have known, that the condition of a slick substance on the floor posed an unreasonable risk of harm to all customers including the Plaintiff.

    b. Defendant knew, or in the exercise of reasonable care should have known, that the Plaintiff would not discover the dangerous condition of the floor.

    c. Prior to the Plaintiff's injury, it was reasonably foreseeable by Defendant's employee(s) that a person in the Plaintiff's position would be unable to avoid the unreasonably dangerous condition.

17. The aforesaid negligence of the Defendant was the proximate cause of the incident which caused the injuries and damages sustained by Plaintiff.

18. As a result of the aforesaid negligence, Plaintiff sustained a severe injury to her hip, back, and neck, requiring extensive medical treatment.

19. As a result of the Defendant's negligent acts and omissions, Plaintiff has suffered and will continue to suffer the following harms and losses:

    a. Past medical expenses;

    b. Future medical expenses;

    c. Past pain and suffering;

    d. Future pain and suffering;

    e. Past loss of function and full use of her body;

    f. Future loss of function and full use of her body;

    g. Past loss of income;

    h. Future loss of income; and

      i. Any other element of damages allowable under Iowa law not specifically set forth herein.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in a sum commensurate with the injuries and damages she has suffered, together with interest thereon as allowed by law and for the costs of this action.

### JURY DEMAND

**COMES NOW** the Plaintiff and hereby demands a trial by jury in this matter.

    Respectfully submitted,

    */s/Hannah Moreland*
    Nicholas Cooling, AT0012253
    Hannah Moreland, AT0015141
    MUELLER, SCHMIDT, MULHOLLAND & COOLING, PLLC
    2711 Grand Avenue
    Des Moines, Iowa 50312
    Telephone: (515) 444-4000
    Facsimile: (515) 635-0082
    E-mail: nick.cooling@iowalawyers.com
    E-mail: hannah.moreland@iowalawyers.com
    ATTORNEYS FOR PLAINTIFF

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| JENNIFER KLISE,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendants. | Case No. _____<br><br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby notified that there is now on file in the office of the clerk of the above court a petition at law naming you as a defendant in the above-entitled action, a copy of the Petition at Law and Jury Demand is attached hereto. The Plaintiff's attorneys are Nicholas Cooling and Hannah Moreland, of Mueller, Schmidt, Mulholland & Cooling, P.L.L.C., whose address is 2711 Grand Avenue, Des Moines, Iowa 50312. The attorneys' phone number is (515) 444-4000 and facsimile number is (515) 635-0082.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days of service of this original notice is upon you, you serve, and within a reasonable time thereafter, file a motion or answer in the Iowa District Court for Polk county, at the courthouse in Des Moines, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in the court filings.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

 

_____
**CLERK OF THE ABOVE COURT**
Polk County Courthouse
500 Mulberry Street
Des Moines, IA 50309

# Iowa Judicial Branch

Case No. **LACL153856**
County **Polk**

Case Title   JENNIFER KLISE VS TARGET CORPORATION

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **09/09/2022 08:35:41 AM**



District Clerk of Court or/by Clerk's Designee of  Polk        County
/s/ Jennifer Ewers